United States District Court
Southern District of Texas
**ENTERED**
July 02, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

**BARBARA JOHNSON, Individually and**     **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.          No. 4:20-cv-795

**AMIGOS RETAIL MANAGEMENT, LLC,**     **DEFENDANTS**
**and AMINMOHAMED A. MAKHANI**

### ORDER GRANTING DISMISSAL WITH PREJUDICE

Before the Court is the Parties' Joint Stipulation for Dismissal of Case with Prejudice all claims and causes of action that were asserted by Plaintiff against Defendants in this lawsuit. After arms-length negotiations in which the Parties were all represented by counsel, the Parties entered into a Full and Final Settlement and Release Agreement and Confidentiality Agreement ("Settlement Agreement"). Court approval of the Settlement Agreement is not necessary. *Martin v. Spring Break '83 Prods., L.L.C.*, 688 F.3d 247, 256 (5th Cir. 2012). It is, therefore, ORDERED that pursuant to Rule 41, all of Plaintiff's claims in the above-referenced lawsuit are DISMISSED WITH PREJUDICE, with each party to bear their own costs and expenses.

Signed this day, June 02. 2020, at Houston, Texas.



HON. CHARLES ESKRIDGE
UNITED STATES DISTRICT JUDGE